**Order entered January 5, 2021**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-20-00582-CV

## IN THE INTEREST OF S.W., A CHILD

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-11-15911**

## ORDER

By letter dated December 31, 2020, Court Reporter Wendell Sheffield, IV informed the Court that the reporter's record he filed is missing Mother's Exhibit Y which appears to have been text messages sent by Mother to Father indicating her objections to the child playing football. In light of this circumstance, we **ORDER** the Honorable Carmen Rivera-Worley, Visiting Judge who presided over the trial, to conduct a hearing, no later than **February 4, 2021**, and make findings as to whether: (1) Exhibit Y can be located; (2) if Exhibit Y cannot be located, whether it can be replaced by agreement of the parties or with a copy determined by the trial court to accurately duplicate with reasonable certainty the original

missing exhibit; and (3) if Exhibit Y can be neither located nor replaced, whether it is necessary to the appeal's resolution. *See* TEX. R. APP. P. 34.6(f).

The trial court's findings shall be filed in a supplemental clerk's record no later than **February 9, 2021**. A supplemental reporter's record of the hearing shall also be filed no later than **February 9, 2021**.

We **DIRECT** the Clerk of this Court to send a copy of this order to Judge Rivera-Worley; Dallas County District Clerk Felicia Pitre; Yolanda Atkins, Official Court Reporter for the 255th Judicial District Court; and, all parties.

We **ABATE** this appeal to allow the trial court an opportunity to conduct the hearing. The appeal will be reinstated no later than **February 16, 2021**.


/s/     ROBERT D. BURNS, III
        CHIEF JUSTICE